IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

HERMAN BROWN, JR.,

    Plaintiff,                                  JUDGMENT IN A CIVIL CASE

v.                                                       14-cv-771-bbc

CAPTAIN BOODRY, SERGEANT J. KOTTKA,
C.O. BENEVETZ, C.O. JOHNSON and
C.O. PARENTEAU,

    Defendants.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case without prejudice.

| /s/ | 8/18/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |